IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO.: 3:15-CR-186-MGL |
| | ) |
| vs. | ) |
| | ) |
| WAYNE GARY KIRBY | ) |
| | ) |
| | ) |

## MOTION FOR PRELIMINARY ORDER OF FORFEITURE

Pursuant to Fed. R. Crim. P. 32.2(b), the United States of America, by and through its undersigned Assistant United States Attorney, Carrie Fisher Sherard, moves this Court for the entry of a Preliminary Order of Forfeiture as to Wayne Gary Kirby, based on the defendant's conviction of drug trafficking (in violation of Title 21, United States Code, Section 846). *See* 21 U.S.C. § 853.

The Government further requests that such order be entered by this Court sufficiently in advance of sentencing to permit time for the Government and the Defendant to suggest revisions or modifications. Fed. R. Crim. Pro. 32.2(b)(3)(B) ("Unless doing so is impractical, the court must enter the Preliminary Order of Forfeiture sufficiently in advance of sentencing to allow all the parties to suggest revisions or modifications before the Order becomes final as to the defendant under Rule 32.2(b)(4).")

        Respectfully Submitted,

        BETH DRAKE
        ACTING UNITED STATES ATTORNEY

By:   <u>s/ Carrie Fisher Sherard</u>
        Carrie Fisher Sherard (Fed I.D. #10134)
        Assistant United States Attorney
        United States Attorney's Office
        55 Beattie Place, Suite 700
        Greenville, South Carolina 29601

September 12, 2016